BETSY S. KIMBALL (SBN 66420)
BOYD & KIMBALL, LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CA 95864
TELEPHONE: (916) 927-0700
FACSIMILE:   (916) 927-0701

Attorneys for Defendants Glen Haire and
        Twin Rivers Textiles, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAY-DRI CONTINENCE MANAGEMENT SYSTEMS, LLC; TED GOMOLL; GREG BIXBY; BRUCE SCOTT, <br><br> Plaintiffs, <br><br> vs. <br><br> GLEN HAIRE; TWIN RIVERS TEXTILES, LLC, <br><br> Defendants. <br> _____/ | Case No. 2:08-CV-01386-JAM-EFB <br><br> **ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO THE COMPLAINT** |

ORDER

The Court having reviewed defendants' ex parte application for an extension of 30

days to respond to the complaint herein and good cause appearing,

IT IS ORDERED, as modified by the court, that defendants shall have an

additional 20 days to respond to the complaint up to and including July 14, 2008.


Dated: 6/23/2008

/s/ John A. Mendez
JUDGE OF THE UNITED STATES DISTRICT COURT

[130386]